UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ASIAN PACIFIC SEAFOOD TRADING )<br>CO., INC., )<br>Defendant. ) | Criminal No. 17-10095-IT |

## **FINAL ORDER OF FORFEITURE**

**TALWANI, D.J.**

WHEREAS, on April 13, 2018, a federal grand jury sitting in the District of Massachusetts returned a two-count Indictment charging Asian Pacific Seafood Trading Co., Inc. (the "Defendant"), with Conspiracy to Acquire, Possess, and Redeem SNAP Benefits in an Unauthorized Manner, in violation of 18 U.S.C. § 371 (Count One); and SNAP Fraud and Aiding and Abetting, in violation of 7 U.S.C. § 2024(b) and 18 U.S.C. § 2 (Count Two);

WHEREAS, the Indictment included Conspiracy Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and upon conviction of the Defendant of the offense alleged in Count One of the Indictment, of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense;

WHEREAS, the property to be forfeited included, without limitation:

a. a money judgment equal to the proceeds of the Defendant's offense (the "Money Judgment"); and

b. $118,495.97 in United States Currency, seized from the Sovereign bank account ending in 0586, on or about April 19, 2012 (the "Currency");

WHEREAS, in addition, the Indictment also included SNAP Fraud Forfeiture Allegations, which gave the Defendant notice that the United States sought forfeiture, pursuant

to 7 U.S.C. § 2024(f) and 28 U.S.C. § 2461(c), and upon conviction of the Defendant of the offense alleged in Count Two of the Indictment, of any property, real or personal, used in a transaction or attempted transaction, to commit, or to facilitate the commission of the charged violations, or proceeds traceable to such violation;

WHEREAS, the property to be forfeited included, without limitation, the Money Judgment and the Currency;

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), incorporating 28 U.S.C. § 2461(c), to seek forfeiture of all other property of the Defendant, up to the value of the property described above;

WHEREAS, on March 13, 2019, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One and Two of the Indictment, pursuant to a written plea agreement which was signed by Bao Ping Chen, as the authorized representative of the Defendant, on March 13, 2019;

WHEREAS, in Section 9 of the written plea agreement, the Defendant agreed, as a result of the Defendant's guilty plea, to forfeit to the United States, without limitation, the Currency, on the grounds that it constituted, or was derived from, proceeds traceable to the Defendant's offenses, and/or was used to facilitate the Defendant's offenses, as charged in the Indictment;

WHEREAS, the Defendant agreed to consent to the entry of an order of forfeiture for the Currency, and agreed to waive and release any claims the Defendant may have to the Currency;

WHEREAS, on March 13, 2019, a sentencing hearing was held whereby this Court ordered the Defendant to pay restitution in the sum of $118,495.97 in United States currency, and the Court also imposed a special assessment of $800 in United States currency, and, in addition, this Court ordered the Defendant to forfeit the Currency to the United States;

WHEREAS, also on March 13, 2019, this Court issued a Preliminary Order of Forfeiture against the Currency, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 7 U.S.C. § 2024(f), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to the Defendant, the Defendant's counsel, and all interested parties, and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 3, 2019, and ending on May 2, 2019; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Currency are hereby held

in default.

4.  The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

5.  This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

*[signature]*
INDIRA TALWANI
United States District Judge

Date: 5/22/2019